

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/18/2017 02:00 PM

COURTROOM   6A, 6th Floor

**HONORABLE KAREN JENNEMANN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:15-bk-07275-KSJ | Chapter 11 | 08/08/2016 |
| **ADVERSARY:** 6:16-ap-00078-KSJ | **Pltf Atty:** | Michael A Nardella |
| | **Dft Atty:** | Justin M. Luna |

**DEBTOR:**   Progressive Plumbing, Inc. and Lexington Insurance Company

**HEARING:**

Progressive Plumbing, Inc. v. Kast Construction III, LLC et al

PROGRESSIVE PLUMBING -V- KAST CONSTRUCTION
Continued Pretrial Conference
Pltf Atty: Michael Nardella
Def Atty: Justin Luna
Note: Parties directed to mediation on or before 4/14/17
Answer (Doc #6)

**APPEARANCES:**:
Justin Luna: Def Atty
Michael Nardella: Pltf Atty

**RULING:**
Continued Pretrial Conference -   Con't to 5/16/17 @ 2:00pm (AOCNFNG).

 (Pro by LL)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.