

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/16/2017 02:00 PM

COURTROOM   6A, 6th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:15-bk-07275-KSJ | Chapter 11 | 08/08/2016 |
| ADVERSARY: 6:16-ap-00078-KSJ | **Pltf Atty:** Michael A Nardella | |
| | **Dft Atty:** Justin M. Luna | |

**DEBTOR:**    Progressive Plumbing, Inc. and Lexington Insurance Company

**HEARING:**

Progressive Plumbing, Inc. v. Kast Construction III, LLC et al

PROGRESSIVE PLUMBING -V- KAST CONSTRUCTION
Continued Pretrial Conference
Pltf Atty: Michael Nardella
Def Atty: Justin Luna
Note: Con't from 4/18/17
Parties directed to mediation on or before 4/14/17
Answer (Doc #6)

**APPEARANCES::**
Michael Nardella: Pltf Atty
Bart Houston: Def Atty

**RULING:**
Continued Pretrial Conference -   Continued to 7/18/17 at 2:00pm (AOCNFNG).

Parties are to draft a discovery schedules/case management order.

 (Pro by LL)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.