ORDERED.

Dated: February 26, 2018

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | |
| | CASE NO.: 6:15-bk-07275-KSJ |
| PROGRESSIVE PLUMBING, INC., | CHAPTER 11 |
| | |
| PROGRESSIVE SERVICES, LLC and | JOINTLY ADMINISTERED WITH |
| GRACIOUS LIVING DESIGN | CASE NO.: 6:15-bk-07276-KSJ |
| CENTER, INC. | CASE NO.: 6:15-bk-07277-KSJ |
| | |
| Debtor. | |
| _____/ | |
| | |
| PROGRESSIVE PLUMBING, INC. | Adv. Case No.: 6:16-ap-00078-KSJ |
| | |
| Plaintiff, | |
| v. | |
| KAST CONSTRUCTION III, LLC, a Florida | |
| Limited liability Company and MICHAEL | |
| MACDONALD, an individual, | |
| | |
| Defendants. | |
| _____/ | |

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND OR MODIFY
PRETRIAL DEADLINES AND REQUEST FOR STATUS CONFERENCE (DOC. 38)**

THIS CAUSE came on for consideration on February 13, 2018 upon Progressive Plumbing, Inc.'s ("Plaintiff") Motion to Extend or Modify Pretrial Deadlines and Request for Status Conference (the "Motion") (Doc. 38). The Court, having reviewed and considered the Motion, heard the argument of counsel and being otherwise fully advised in the premises, it is hereby

**ORDERED** and **ADJUDGED** that:

1. The Motion is GRANTED, as further provided herein.

2. The case management deadlines are hereby amended as follows:

| **DEADLINE OR EVENT** | **AGREED DATE** |
|---|---|
| **Discovery Deadline** | 04/20/18 |
| **Dispositive Motions, *Daubert,* and *Markman* Motions** [Court requires 5 months or more before trial term begins] | 05/18/18 |
| **Meeting *In Person* to Prepare Joint Final Pretrial Statement** | 06/19/18 |
| **Joint Final Pretrial Statement (*Including* a Single Set of Jointly-Proposed Jury Instructions and Verdict Form (a Word or WordPerfect version may be e-mailed to the Chambers mailbox), Voir Dire Questions, Witness Lists, Exhibit Lists with Objections on Approved Form)** [Court recommends 3 weeks before Final Pretrial Conference] | 06/19/18 |
| **Final Pretrial Conference** [Court will set a date that is approximately 3 weeks before trial] | 07/10/18 |
| **Trial Term Begins** | 08/15/18 – 08/16/18 |
| **Estimated Length of Trial** [Number of trial days] | 2 days |

Attorney Michael Nardella is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of the entry of this order.