

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/08/2018 01:00 PM

COURTROOM   6A, 6th Floor

## HONORABLE KAREN JENNEMANN

CASE NUMBER:                                    FILING DATE:

**6:15-bk-07275-KSJ**          **Chapter 11**          **08/08/2016**

**ADVERSARY:   6:16-ap-00078-KSJ**          **Pltf Atty:**  Michael A Nardella

                                                              **Dft Atty:** Justin M. Luna

**DEBTOR:**                Progressive Plumbing, Inc.

**HEARING:**

Progressive Plumbing, Inc. v. Kast Construction III, LLC et al

PROGRESSIVE PLUMBING -V- KAST CONSTRUCTION
Motion by Debtor to Compel Compliance (Doc #36)
Pltf Atty: Michael Nardella
Def Atty: Justin Luna
Note: Con't from 4/18/17; 5/16/17; 6/18/17
CONSOLIDATED WITH MOTION FOR CONTEMPT IN MAIN
CASE
Trial set for 8/15-8/16/18
Answer (Doc #6)

**APPEARANCES:**:
Michael Nardella: Pltf Atty

**RULING:**
Motion by Debtor to Compel Compliance   (Doc #36)   - Continued to 3/27/18 at 1:00pm (AOCNFNG).

 (Pro by LL)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.